Marc G. Wilhelm
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
ABA # 8406054
Email: mwilhelm@richmondquinn.com

Attorneys for Defendant
Wausau Business Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| D.W.J., <br><br> Plaintiff, <br><br> v. <br><br> WAUSAU BUSINESS INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. _____ ( ) |

## NOTICE OF REMOVAL TO U.S.D.C.

TO:    The United States District Court
          For the District of Alaska

AND TO:    Jeff Barber
               Barber & Associates, LLC
               821 N Street, Suite 103
               Anchorage, AK 99501.

You are hereby notified that, pursuant to 28 U.S.C. §§ 1332(a)(1), 1441 and 1446, the above defendant, Wausau Business Insurance Company, has this day filed in the

United States District Court for the District of Alaska this Notice of Removal of the following action: <u>D.W.J. vs. Wausau Business Insurance Company</u>, filed in the Superior Court for the State of Alaska, First Judicial District at Ketchikan, Case No. 1KE-15-233 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the First Judicial District at Ketchikan, and that this action has thereby been removed from the Superior Court to the United States District Court. *See* Ex. A ("Notice of Removal from State Court" without attachments).

The grounds for removal are as follows: Complete diversity of citizenship. 28 U.S.C. §§ 1332(a)(1), 1441 and 1446. Plaintiff is a resident and citizen of the State of Alaska (Ex. B, Complaint at ¶ 1). Defendant, Wausau Business Insurance Company, is a Wisconsin corporation whose principal place of business is in Boston, Massachusettes, and is therefore a citizen of Wisconsin and Massachusetts, and there is complete diversity of citizenship amongst the parties. Suit was filed by plaintiff in Alaska Superior Court, First Judicial District at Ketchikan, on or about June 25, 2015. Plaintiff's complaint alleges a claim for damages in excess of $75,000.

Defendant received a copy of the complaint, via service on CSC, its agent for service of process, on July 14, 2015. Defendant understands that the Director of Insurance was served with process on July 6, 2015. This removal is being filed within thirty (30) days after the receipt of the complaint and summons.

Notice of Removal to U.S.D.C.
<u>D.W. J. vs. Wausau Business Insurance Company</u>; Case No. _____ ( )
Page 2 of 3

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Based on the above, this court has removal jurisdiction over this action, and defendant Wausau Business Insurance Co. is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 5th day of August, 2015, at Anchorage, Alaska.

RICHMOND & QUINN

By /s/ Marc G. Wilhelm
Alaska Bar No. 8406054
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
Email: mwilhelm@richmondquinn.com
Attorneys for Defendant Wausau
Business Insurance Company

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of August 2015, a copy of the foregoing was served by mail on the following:

*Jeff Barber*
*Barber & Associates*
*821 N Street, Suite 103*
*Anchorage, AK 99501*

*John Bennett*
*Bullivant Houser Bailey PC*
*888 SW Fifth Avenue Ste 300*
*Portland OR 97204*

/s/ Marc G. Wilhelm
RICHMOND & QUINN
2044.135\Pld\Notice of Removal to USDC

Notice of Removal to U.S.D.C.
D.W. J. vs. Wausau Business Insurance Company; Case No. _____ ( )
Page 3 of 3

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953