**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

D.W.J.,
      Plaintiff,

Case Number 5:15-cv-00003-SLG

v.

WAUSAU BUSINESS INSURANCE COMPANY,
      Defendant.      **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff recover nothing, the action be dismissed with prejudice on the merits, and the defendant Wausau Business Insurance Company recover costs in the amount of $_____ from the plaintiff D.W.J.

APPROVED:

/s/Sharon L. Gleason
SHARON L. GLEASON
United States District Judge

Date: June 28, 2016

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

                    Lesley K. Allen
                    Lesley K. Allen,
                    Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}