Jeff Barber
Barber & Associates, LLC
821 N Street, Suite 103
Anchorage, AK 99501
Telephone: (907) 276-5858
Facsimile: (907) 276-5817
E-mail: jeffb@alaskainjury.com
Attorneys for D.W.J.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| D.W.J.,<br><br>          Plaintiff,<br><br>vs.<br><br>WAUSAU BUSINESS INSURANCE COMPANY,<br><br>          Defendant. | No. 5:15-cv-00003-SLG |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW the plaintiff and defendant, by and through counsel, and stipulate that this matter be dismissed with prejudice, each side to bear its own costs and attorney fees.

3084/20 Stipulation for Dismissal with Prejudice
D.W.J. v WAUSAU; Case No. 3:15-cv-00003-SLG
Page 1

Case 5:15-cv-00003-SLG   Document 21   Filed 07/14/16   Page 1 of 2

DATED at Anchorage, Alaska this 14th day of July, 2016.

BARBER & ASSOCIATES, LLC
Attorneys for Plaintiff

By: s/Jeffrey J. Barber
Jeffrey J. Barber
821 N Street, Suite 103
Anchorage, AK 99501
(907) 276-5858 Phone
(907) 276-5817 Fax
jeffb@alaskainjury.com
Alaska Bar No. 0111058

Dated at Anchorage, Alaska this 14th day of July, 2016.

RICHMOND & QUINN
Attorneys for Defendant

By: s/Marc G. Wilhelm
821 N Street, Suite 103
360 K Street, Suite 200
Anchorage, AK 99501
(907) 276-5727 Phone
(907) 276-2953 Fax
mwilhelm@richmondquinn.com

CERTIFICATE OF SERVICE
I hereby certify that on this 14th day of July, 2016
a copy of the foregoing Stipulation for Dismissal
was served electronically on:

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
mwilhelm@richmondquinn.com

s/Jeffrey J. Barber

3084/20 Stipulation for Dismissal with Prejudice
D.W.J. v WAUSAU; Case No. 3:15-cv-00003-SLG
Page 1